```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

KAYLA WALKER, individually;
JAKOBI WALKER, a minor, by and
through Kayla Walker, as
guardian and natural mother of
Jakobi Walker;
LEVINSKI HARRIS, JR., a minor,
by and through Kayla Walker, as
guardian and natural mother of
Levinski Harris, Jr.;
FRANK SCOTT; BARBARA WILLIAMS,
individually; KENDRICK WILLIAMS,
a minor, by and through Barbara
Williams, as guardian and natural
mother of Kendrick Williams;
SHARLENE WILLIAMS, a minor, by
and through Barbara Williams, as
guardian and natural mother of
Sharlene Williams                                    PLAINTIFFS

VERSUS                           CIVIL ACTION NO. 5:06cv17-DCB-JMR

COOPER TIRE & RUBBER COMPANY
and LEVINSKI A. HARRIS                               DEFENDANTS

## ORDER OF REMAND

This matter comes before the court on the plaintiffs' Motion to Remand [**docket entry no. 24**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 16th day of October, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE